UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------X

LIBERTY MEDIA CORPORATION, LMC
CAPITAL LLC, LIBERTY
PROGRAMMING COMPANY LLC, LMC
USA VI, INC., LMC USA VII, INC., LMC
USA VIII, INC., LMC USA X, INC.,
LIBERTY HSN LLC HOLDINGS, INC.,
and LIBERTY MEDIA INTERNATIONAL,
INC.,

                **Plaintiffs,**

    - against -

VIVENDI UNIVERSAL, S.A., and
UNIVERSAL STUDIOS, INC.,

                **Defendants.**

----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/12

**ORDER**

**03 Civ. 2175 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      At conferences held on June 19, 2012 and June 20, 2012, I orally (1)
granted in part and denied in part Defendants' Motion for Judgment as a Matter of
Law, and (2) granted in part and denied in part Plaintiffs' Motion for Judgment as
a Matter of Law. (*See* 6/19/12 Tr. and 6/20/12 Tr.) The Clerk of the Court is
directed to close these motions [Docket Nos. 251 and 253].

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:      New York, New York
            June 21, 2012

- Appearances -

**For Plaintiffs:**

Michael Calhoon, Esq.
R. Stan Mortenson, Esq.
Alexandra M. Walsh, Esq.
Bryan Henry Parr, Esq.
Evan J. Werbel, Esq.
Julie B. Rubenstein, Esq.
Richard P. Sobiecki, Esq.
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 639-7700

**For Defendants:**

Daniel Slifkin, Esq.
Paul C. Saunders, Esq.
Timothy Gray Cameron, Esq.
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
(212) 474-1000

Penny Packard Reid, Esq.
James W. Quinn, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue, 25th Fl.
New York, New York 10153
(212) 310-8000