UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MEDIA CORPORATION, LMC CAPITAL LLC, LIBERTY PROGRAMMING COMPANY LLC, LMC USA VI, INC., LMC USA VII, INC., LMC USA VIII, INC., LMC USA X, INC., LIBERTY HSN LLC HOLDINGS, INC., and LIBERTY MEDIA INTERNATIONAL, INC. <br><br> Plaintiffs, <br> v. <br><br> VIVENDI UNIVERSAL, S.A.,, and UNIVERSAL STUDIOS, INC. <br><br> Defendants. | 03 Civ. 2175 (SAS) <br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the annexed Declaration of Julie B. Rubenstein, Esq., dated September 11, 2012, with exhibits thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings herein, Plaintiffs Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., and Liberty Media International, Inc. ("Liberty") hereby move this Court, before the Honorable Shira A. Scheindlin, at the Courthouse, 500 Pearl Street, New York, New York for an Order granting Liberty's Motion for Entry of Final Judgment, as set forth in more detail in the memorandum of law; and granting such further relief as the Court deems just and proper.

Respectfully submitted,

Dated: September 11, 2012

    /s/ Michael L. Calhoon

| | |
|---|---|
| Macey Reasoner Stokes | R. Stan Mortenson |
| BAKER BOTTS L.L.P. | Michael L. Calhoon |
| One Shell Plaza | Alexandra M. Walsh |
| 910 Louisiana Street | Richard P. Sobiecki |
| Houston, TX 77002-4995 | BAKER BOTTS L.L.P. |
| Telephone: (713) 229-1234 | 1299 Pennsylvania Ave, NW |
| Facsimile: (713) 229-7869 | Washington, D.C. 20004-2400 |
| | Telephone: (202) 639-7700 |
| | Facsimile: (202) 639-7890 |

*Attorneys for Plaintiffs Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA VII, Inc., LMC USA VIII, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., and Liberty Media International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2012, a copy of the foregoing was served upon the following:

Paul C. Saunders, Esq.
Daniel Slifkin, Esq.
Timothy G. Cameron, Esq.
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

James W. Quinn, Esq.
Penny P. Reid, Esq.
WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

    /s/ Michael L. Calhoon
    Michael L. Calhoon