

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIBERTY MEDIA CORPORATION, LMC CAPITAL LLC, LIBERTY PROGRAMMING COMPANY LLC, LMC USA VI, INC., LMC USA VII, INC., LMC USA VIII, INC., LMC USA X, INC., LIBERTY HSN LLC HOLDINGS, INC., and LIBERTY MEDIA INTERNATIONAL, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> VIVENDI UNIVERSAL, S.A., and UNIVERSAL STUDIOS, INC., <br><br>  Defendants. | 03 Civ. 2175 (SAS) <br> ECF CASE <br><br> **FINAL JUDGMENT** |



**SHIRA A. SCHEINDLIN, U.S.D.J.**

WHEREAS, plaintiffs Liberty Media Corporation, *et al.* (collectively, "Plaintiffs") sued defendants Vivendi Universal, S.A. and Universal Studios, Inc. (collectively, "Defendants") in the above-captioned action for breach of express warranty under New York state law and for violations of Section 10(b) of the Securities Exchange Act of 1934 and Securities and Exchange Commission Rule 10b-5 promulgated thereunder (the "Causes of Action");

WHEREAS, on June 25, 2012, the jury in this action found Defendants liable and awarded Plaintiffs damages in the amount of €765,000,000.00 for each of the Causes of Action;

WHEREAS, in an Opinion and Order dated January 9, 2013 (the "Order"), this Court resolved certain disputes regarding the entry of the judgment, the currency in which judgment should be entered, and the prejudgment interest rate;

WHEREAS, in an Order dated March 15, 2012 (the "Severance Order"), this Court severed Plaintiffs' claims against the remaining defendants, Jean-Marie Messier and Guillaume Hannezo;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Judgment is hereby entered in favor of Plaintiffs and against Defendants in the amount of €765,000,000.00 on each of the Causes of Action, which, to avoid duplicative recovery, shall entitle Plaintiffs to recover the principal sum of €765,000,000.00.

2. Plaintiffs shall recover from Defendants (i) the principal sum of €765,000,000.00; and (ii) €179,802,768.37, representing prejudgment interest on the principal sum of €765,000,000.00 accruing from December 16, 2001, to the date of this Judgment, using the average rate of return on one-year Treasury bills, compounded annually, for the total sum of €944,802,768.37 (the "Total Sum"), plus costs.

3. Post-judgment interest on the Total Sum plus costs shall accrue in accordance with 28 U.S.C. § 1961.

4. The Clerk of the Court is hereby directed to assign a new civil action number to the severed action against Jean-Marie Messier and Guillaume Hannezo, pursuant to the Severance Order.

5. Execution of this Judgment shall be stayed pending the Court's resolution of Defendants' post-trial motions in accordance with the terms set forth in the Order. *See* Order at 4 n.7. Defendants may separately request a further stay pending appeal. *Id.* at 4 nn.6 & 7.

**SO ORDERED:**

_____
Hon. Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         January __, 2013