**MANDATE**

N.Y.S.D. Case # 03-cv-2175(SAS)

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of February, two thousand and sixteen.

_____

Liberty Media Corporation, LMC Capital LLC, Liberty Programming Company LLC, LMC USA VI, Inc., LMC USA X, Inc., Liberty HSN LLC Holdings, Inc., Liberty Media International, Inc., LMC USA VII, Inc., LMC USA VIII, Inc.,

      Plaintiffs - Appellees - Cross Appellants,

v.

Vivendi Universal S.A., Universal Studios, Inc.,

      Defendants - Appellants - Cross Appellees.

_____

ORDER
Docket No. 13-596(L), 13-739(XAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 29, 2016

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 2/29/2016