UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LIBERTY MEDIA CORPORATION, LMC
CAPITAL LLC, LIBERTY PROGRAMMING
COMPANY LLC, LMC USA VI, INC., LMC
USA VII, INC., LMC USA VIII, INC., LMC
USA X, INC., LIBERTY HSN LLC
HOLDINGS, INC., and LIBERTY MEDIA
INTERNATIONAL, INC.,

     Plaintiffs,

v.

VIVENDI UNIVERSAL, S.A. and
UNIVERSAL STUDIOS, INC.,

     Defendants.

---

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/29/16 |

03 Civ. 2175 (SAS)
ECF Case

## SATISFACTION OF JUDGMENT

  WHEREAS, a judgment was entered in the above action on the 17th day of January, 2013, in favor of plaintiffs Liberty Media Corporation, *et al.* and against defendants Vivendi Universal, S.A. and Universal Studios, Inc. in the principal amount of €765,000,000, plus €179,802,768.37, representing prejudgment interest accruing from the 16th day of December, 2001, to the 16th day of January, 2013, using the average rate of return on one-year Treasury bills, compounded annually, for the total sum of €944,802,768.37, plus post-judgment interest accruing at the rate specified in 28 U.S.C. § 1961, and all obligations under said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

  THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
      February 25, 2016

BAKER BOTTS, L.L.P.

By: /s/ *[signature]*
Michael L. Calhoon
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700

*Attorneys for Plaintiffs*
*Liberty Media Corporation, et al.*

2

City of Washington )
) ss.:
District of Columbia )

On the 25th day of February, 2016 before me personally came Michael L. Calhoon to me known and known to be a member of the firm of Baker Botts, L.L.P., attorneys for the plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

ANOUCHEKA C. CHERISCA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 14, 2020

3